**Order entered September 29, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00575-CV

### IN THE INTEREST OF B.N.L., H.T.L. AND A.K.L., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-56250-2017**

### ORDER

Before the Court is appellant's September 28, 2020 third motion for extension of time to file her brief. Appellant explains the extension is necessary because a few exhibits are missing from the reporter's record, and she has requested a supplemental reporter's record containing those exhibits be prepared.

We **GRANT** the motion to the extent we **ORDER** Cindy Bardwell, Official Court Reporter for the 429th Judicial District Court, to file the requested supplemental reporter's record no later than October 12, 2020. We further **ORDER** appellant to file her brief no later than October 28, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Bardwell and the parties.

/s/    ERIN A. NOWELL
       JUSTICE